

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00579-CV

O. E. Investments, Ltd. (formerly and also known as O. E. Investments, Inc.) and its General Partner, Trophy International, Inc. and Othal E. Brand, Jr.

v.

Marjorie Lynn Brand Ferrell Individually and as Successor Trustee of the Kathryn L. Brand Revocable Management Trust

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Cause No. C-0367-13-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 20, 2018